vision, Second Department. December 18, 1914.) Action by Thomas Brennan against the New York & Queens Electric Light & Power Company. No opinion. Judgment and order unanimously affirmed, with costs.

BREWSTER, Respondent, v. BASTIAN BROS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by George Brewster against the Bastian Bros. Company.

PER CURIAM. Judgment and order affirmed, with costs. Held, assuming error to have been committed in receiving in evidence the opinion of plaintiff's expert witnesses, to the effect that the machine was not properly guarded, still we think the error was not so prejudicial to the defendant as to require a reversal of the judgment. See, also, 149 N. Y. Supp. 1072; 150 N. Y. Supp. 1078.

BREWSTER, Respondent, v. BASTIAN BROS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1914.) Action by George Brewster against the Bastian Bros. Company. No opinion. Motion for reargument (150 N. Y. Supp. 1078) denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

BRIDGMAN v. BUSCH & PERCIVAL CO. et al. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Edwin Bridgman against the Busch & Percival Company and Rutherford D. Rickettson. No opinion. Judgment and order affirmed, with costs, on appeal of defendant Busch & Percival Company. Judgment and order entered upon nonsuit as to defendant Rickettson affirmed, with costs.

BROWN, Respondent, v. DALY et al., Appellants. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by Henry C. Brown against Marcus Daly, impleaded with Margaret P. Brown and another. V. Hewitt, of New York City, for appellants. H. de F. Baldwin, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs to plaintiff, respondent, and to the guardian ad litem of the defendants, appellants, payable out of the estate. Order filed.

BROWN, Respondent, v. PITTSBURG BLDG. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by Alice Brown, as administratrix, etc., of William Brown, deceased, against the Pittsburg Building Company, impleaded with another. No opinion. Judgment and order affirmed, with costs.

BURR, J., dissents.

BROWN, Appellant, v. TOWN OF EVANS, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by M. Fillmore Brown, as administrator, etc., against the Town of Evans and others. No opinion. Motion for reargument (149 N. Y. Supp. 1073) denied, with $10 costs.

In re BROWNING. (Supreme Court, Appellate Division, First Department. November 27, 1914.) In the matter of Anna M. Browning, deceased. No opinion. Decree (80 Misc. Rep. 619, 142 N. Y. Supp. 683) affirmed, with costs. Order filed.

BUCHBINDER et al. v. SILVERSTEIN et al. (Supreme Court, Appellate Division, Fourth Department. November 18, 1914.) Action by Hyman Buchbinder and another against Isaac Silverstein and others. No opinion. Judgment affirmed, with separate bills of costs to each of the respondents appearing upon this appeal by separate attorneys.

BUCHMAN et al., Appellants, v. JALLOWSKY, Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Liber Buchman and others against Sholiem Jallowsky. C. H. Broas, of New York City, for appellants. J. C. Brand, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BUFFALO FORGE CO., Appellant, v. FRANKLIN BOILER WORKS CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 18, 1914.) Action by the Buffalo Forge Company against the Franklin Boiler Works Company.

PER CURIAM. Order reversed, and motion denied, without costs of this appeal to either party, upon condition that plaintiff stipulate in writing, within five days after service of a copy of this order with notice of entry thereof, that it will admit as proven upon the trial the facts stated in the written stipulation already made and the additional facts covered by the verbal stipulation referred to in the order. If such stipulation be not given the order is affirmed with $10 costs and disbursements.

BURGER v. AGNEY. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Clarence L. Burger against George B. Agney. No opinion. Application granted. Order signed. See, also, 150 N. Y. Supp. 1078.

BURGER v. AGNEY. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Clarence L. Burger against George B. Agney. No opinion. Motion granted. Order filed. See, also, 150 N. Y. Supp. 1078.

BURKE v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by David E. Burke, an infant, etc. against the New York Central & Hudson River Railroad Company.

PER CURIAM. Defendant's exceptions sustained, order denying motion to set aside the verdict reversed, verdict set aside, and verdict directed for the defendant, with costs in this court and the trial court. Held, defendant owed no duty to the plaintiff to mark the rear end of its train with lights, and was not guilty